184 So.2d 25

## JIM WALTER CORPORATION
### v.
### Ronald GAY et al.
No. 48095.

March 28, 1966.

In re: Jim Walter Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 183 So.2d 94.

The application is denied. According to the facts of the case as found by the Court of Appeal, there appears no error of law in the judgment complained of.

184 So.2d 26

## Frank WARD, Lillian Ward and Alice Corona
### v.
### STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.
No. 48106.

March 28, 1966.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 182 So. 2d 130.

Writ refused. We find no error of law under the facts found by the Court of Appeal.